IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


WARREN COTA,

    Petitioner,

v.                                                    CASE NO. 1:07-cv-00079-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

## **REPORT AND RECOMMENDATION**

By prior order, the Court directed Petitioner to file an amended pleading and either to pay the filing fee or move for leave to proceed IFP. Doc. 17. Petitioner did not comply with that order, and the Court then issued a show cause order directing Petitioner to show cause why the undersigned should not recommend to the district judge that this cause be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and to obey an order of this Court. Doc. 25. Petitioner did not meet the November 6, 2007, deadline in the show cause order, but instead, on December 21, 2007, he sent the Court yet another rambling request, this time seeking an order to the "treatment team" to "let them know that if two people want to talk to one another they have no right to interfere." Doc. 26. In no way does this new request comply with the Court's previous directives, and the Court has no hesitation in recommending dismissal of this action, Petitioner having repeatedly failed to comply with this Court's orders.

Accordingly, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to obey an order of the Court.

**IN CHAMBERS** at Gainesville, Florida, this  $3^{th}$  day of January, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**